motion for Lawer and no fee
Can the court please give me a lawyer and not charge me filing fee cause I dont have any money and I have trouble undersanding the law!

Demetrius Blue

VS

20-184-SMY

St Clair county Jail Sheriff Rick watson
warden Tarmi Grime, Maintenane Jail crew
wexford Health staff Aramark Kitchen supervisors

motion to sue Defendants

I am a pretrial detainee at the St. Clair County Jail my name is Demetruis Blue I was confined at the St. Clair county Jail from January 16. 2018 to febwary 13, 2018 and was housed in lower level B wher black mold was all over the walls in the bathroom area and most of the other walls in the block people including me were getting sick. Some getting rashes from the black mold. my atshma is usually under control, but when I came here my breathing was bad other people was complaining about all the mold and they couldnt breath good either when I was released from the Jail my breothing started getting better. These people I'm sveing have known about the black mold in the Jail for many years and keep housing people in poisonous environ ment. my at shma was under control until I came back here on January 14, 2020. I am in "I BLock now where there is mold mold smellit dirty mold covered vent sxstems, and now my at shma is acting up and I am having trouble breathing again the people Im sueing have known for years about the toxic black mold that is bad for humans and refuse to fix it correctly! my rights are being violated and my health and life is at risk for no good reason, but they have put me in a unsafe place on purpose my rights have been violated by the Jail administrators, main tenance crew, wexford medical staff, and Aramark kitchen supervisors whom are aware of black mold all over the Jail and Aramark which continues cooking food in a mold infested kitchen This mold is effecting detainees and staff but they still wont fix it!

Demetrius. m. Blue
1-29-2020



Demetrius BLUE 310093
St. Clair County Jail
700 N. 5thStreet
Belleville, il. 62220
SAINT LOUIS MO
15 FEB 2020 PM 5 L
FOREVER
USA
Barn Swallow
MAIL CL
US MAR
INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL
CLERK
United States District Court
750 Missouri Ave
East St Louis illinois 62201
62201-295499
Legal Mail

RECEIVED
FEB 18 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2016
FSC
MIX
Envelope
FSC® C137131